UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. |
| | : | 3:91-CR-00033 (JCH) |
| v. | : | |
| MANUEL RAMON HERNANDEZ, | : | |
| Respondent. | : | APRIL 28, 2015 |

**RULING RE: PENDING MOTIONS (DOC. NOS. 104 & 105)**

The above-referenced case was recently transferred to the undersigned. There appear to be two pending motions filed by the defendant, Manuel Ramon Hernandez ("Hernandez"), pro se.

Hernandez first seeks to compel the Bureau of Prisons ("BOP") to grant him prior custody credit for the time he spent in the custody of the Government of the Dominican Republic while awaiting extradition. Emergency Motion to Compel the United States Bureau of Prisons (Doc. No. 105). In its response, filed nunc pro tunc, the government states that Hernandez was released from BOP custody on July 8, 2012, and deported to the Dominican Republic on August 9, 2012. United States' Response, Nunc Pro Tunc, to Defendant's Emergency Motions for Clarification and to Compel the Bureau of Prisons (Doc. No. 106) ("Gov't Resp.") at 2. In light of the fact that Hernandez is no longer in BOP custody, his Motion to Compel is **TERMINATED** as moot.

Second, Hernandez moves for "clarification of sentence," stating that certain properties belonging to him in the Dominican Republic were seized by the government of the Dominican Republic, "which claims that said properties are being held and seized

1

pursuant to an order of this Honorable Court." Hernandez seeks an order from this court "returning the before mentioned properties which are the sole patrimony of the Defendant and said properties were never part of any Seizure proceedings before this Honorable Court." Emergency Motion for Clarification (Doc. No. 104). However, the defendant does not provide any documentation of an execution of a seizure or a demonstration that said property has been seized. The government appears to agree that no order of forfeiture was issued by this court. Gov't Resp. at 2. Thus, Hernandez's Motion for Clarification is **DENIED** without prejudice to renew if defendant can show additional documentation.

**SO ORDERED.**

Dated this 28th day of April, 2015 at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge